**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BOGDAN DUMBRAVA,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF ORANGE COUNTY,<br><br>Respondent. | Case No. SA CV 23-00602 DMG (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus as Duplicative, the Court adjudges the Petition denied and the case is dismissed without prejudice.

DATED: May 18, 2023

_____
DOLLY M. GEE
United States District Judge